1  **HEFNER, STARK & MAROIS, LLP**
   Ronald H. Sargis (CA Bar Assn. No. 105173)
2  2150 River Plaza Drive, Suite 450
   Sacramento, CA 95833-3883
3  Telephone: (916) 925-6620
   Fax No: (916) 925-1127
4  Email: rsargis@hsmlaw.com

5  Attorneys for Defendant
   The Best Service Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MAXWELL,<br><br>Plaintiff.<br><br>v.<br><br>THE BEST SERVICE COMPANY.<br><br>Defendant. | Case No. 1:09-CV-00692-AWI-DLB<br><br>**ANSWER TO COMPLAINT** |

The Best Service Company, ("Best Service Company"), the named defendant in the above entitled action, answers the Complaint filed by Melissa Maxwell ("Plaintiff") as follows:

1. Best Service Company admits that the statutory language is as stated in 15 U.S.C. §1692 *et. seq.*, and denies each and every other allegation of Paragraph 1 of the Complaint.

2. Best Service Company admits that the statutory language is as stated in California Civil Code §§ 1788-1788.32, and denies each and every other allegation of Paragraph 2 of the Complaint.

3. Best Service Company is unaware of the facts alleged in Paragraph 3 of the Complaint, and on that basis, denies each and every allegation of Paragraph 3 of the Complaint.

4. Best Service Company is unaware of the facts alleged in Paragraph 4 of the Complaint, and on that basis, denies each and every allegation of Paragraph 4 of the Complaint.

1

*Melissa Maxwell v. The Best Service Company*                                              Answer to Complaint
Case No.: 1:09-CV-00692-AWI-DLB                              K:\Best Service Company, The\Best Miscellaneous (6259-0001)\Maxell\pldg answer to complaint.wpd

1    5.   Best Service Company denies each and every allegation of Paragraph 5 of the Complaint.

2    6.   Best Service Company admits Paragraph 6 of the Complaint.

3    7.   Best Service Company denies each and every allegation of Paragraph 7 of the Complaint.

4    8.   Best Service Company admits Paragraph 8 of the Complaint.

5    9.   Best Service Company admits Paragraph 9 of the Complaint.

6    10.  Best Service Company is unaware of the facts alleged in Paragraph 10 of the Complaint, and on that basis, denies each and every allegation of Paragraph 10 of the Complaint.

7    11.  Best Service Company admits Paragraph 11 of the Complaint.

8    12.  Best Service Company admits Paragraph 12 of the Complaint.

9    13.  Best Service Company admits Paragraph 13 of the Complaint.

10   14.  Best Service Company denies each and every allegation of Paragraph 14 of the Complaint.

11   15.  Best Service Company denies each and every allegation of Paragraph 15 of the Complaint.

12   16.  Best Service Company denies each and every allegation of Paragraph 16 of the Complaint.

13   17.  Best Service Company is unaware of the facts alleged in Paragraph 17 of the Complaint, and on that basis, denies each and every allegation of Paragraph 17 of the Complaint.

14   18.  Best Service Company admits Paragraph 18 of the Complaint.

15   19.  Best Service Company admits Paragraph 19 of the Complaint.

16   20.  Best Service Company is unaware of the facts alleged in Paragraph 20 of the Complaint, and on that basis, denies each and every allegation of Paragraph 20 of the Complaint.

17   21.  Best Service Company is unaware of the facts alleged in Paragraph 21 of the

2

Melissa Maxwell v. The Best Service Company                                    Answer to Complaint
Case No.:  1:09-CV-00692-AWI-DLB                    K:\Best Service Company, The\Best Miscellaneous (6259-0001)\Maxell\pldg answer to complaint.wpd

HEFNER STARK & MAROIS LLP
Sacramento, California

1  Complaint, and on that basis, denies each and every allegation of Paragraph 21 of the
2  Complaint.
3      22.    Best Service Company is unaware of the facts alleged in Paragraph 22 of the
4  Complaint, and on that basis, denies each and every allegation of Paragraph 22 of the
5  Complaint.
6      23.    Best Service Company admits Paragraph 23 of the Complaint.
7      24.    Best Service Company admits Paragraph 24 of the Complaint.
8      25.    Best Service Company denies each and every allegation of Paragraph 25 of the
9  Complaint.
10     26.    Best Service Company denies each and every allegation of Paragraph 26 of the
11 Complaint.
12     27.    Best Service Company denies each and every allegation of Paragraph 27 of the
13 Complaint.
14     28.    Best Service Company denies each and every allegation of Paragraph 28 of the
15 Complaint.
16     29.    Best Service Company denies each and every allegation of Paragraph 29 of the
17 Complaint.
18     30.    Best Service Company denies each and every allegation of Paragraph 30 of the
19 Complaint.
20     31.    Best Service Company admits those portions of Paragraph 31 of the Complaint
21 alleging that Best Service Company left a call back message for Plaintiff, and denies each and
22 every other allegation in Paragraph 31 of the Complaint.
23     32.    Best Service Company denies each and every allegation of Paragraph 32 of the
24 Complaint.
25     33.    Best Service Company denies each and every allegation of Paragraph 33 of the
26 Complaint.
27     34.    Best Service Company is unaware of the facts alleged in Paragraph 34 of the
28 Complaint, and on that basis, denies each and every allegation of Paragraph 34 of the

HEFNER, STARK & MAROIS LLP
Sacramento, California

1   Complaint.

2   35.   Best Service Company denies each and every allegation of Paragraph 35 of the
3   Complaint.

### Count I

5   36.   In response to the allegations set forth in Paragraph 36 of the Complaint, Best
6   Service Company incorporates each of the admissions and denials set forth above for each
7   of the paragraphs incorporated into Paragraph 36 of the Complaint by the Plaintiff as if restated
8   in their entirety.

9   37.   Best Service Company denies each and every allegation of Paragraph 37 of the
10  Complaint.

11  38.   Best Service Company denies each and every allegation of Paragraph 38 of the
12  Complaint.

### Count II

14  39.   In response to the allegations set forth in Paragraph 39 of the Complaint, Best
15  Service Company incorporates each of the admissions and denials set forth above for each
16  of the paragraphs incorporated into Paragraph 39 of the Complaint by the Plaintiff as if restated
17  in their entirety.

18  40.   Best Service Company denies each and every allegation of Paragraph 40 of the
19  Complaint.

20  41.   Best Service Company denies each and every allegation of Paragraph 41 of the
21  Complaint.

### **Affirmative Defenses**

23  42.   For a first affirmative defense, Best Service Company alleges that the Complaint
24  fails to state a cause of action upon which relief may properly be granted by the Court.

25  43.   For a second affirmative defense, Best Service Company alleges that any
26  damages suffered by Plaintiff were due to her own misconduct, intentional or negligent, and
27  not due to any conduct of Best Service Company.

28  44.   For a third affirmative defense, Best Service Company alleges that it maintained

HEFNER, STARK & MAROIS, LLP
Sacramento, California

4

Melissa Maxwell v. The Best Service Company                                                                 Answer to Complaint
Case No.:  1:09-CV-00692-AWI-DLB                          K:\Best Service Company, The\Best Miscellaneous (6259-0001)\Maxell\pldg answer to complaint.wpd

1  and followed reasonable policies and procedures to prevent the alleged violation, and that any
2  alleged violation which occurred was not intentional and was due to a bona fide error.

3    45.   For a fourth affirmative defense, Best Service Company reserves the right to
4  assert additional defenses that it may learn of through the course of discovery.

## **PRAYER**

**WHEREFORE**, Best Service Company respectfully requests judgment be entered by the Court as follows:

1. For Defendant Best Service Company on each and every claim and cause of action in the Complaint;

2. That Plaintiff Melissa Maxwell takes nothing on any claim or cause of action in the Complaint;

3. For costs and reasonable attorneys' fees against Plaintiff Melissa Maxwell pursuant to 15 U.S.C. §1692k; and

4. For such other and further relief as the court deems just and proper.

Dated: July 15, 2009                                HEFNER, STARK & MAROIS, LLP

                                                    By  _____
                                                        Ronald H. Sargis
                                                        Attorneys for The Best Service Company

HEFNER, STARK & MAROIS LLP
Sacramento, California

5

Melissa Maxwell v. The Best Service Company                                Answer to Complaint
Case No.: 1:09-CV-00692-AWI-DLB          K:\Best Service Company, The\Best Miscellaneous (6259-0001)\Maxell\pldg answer to complaint.wpd