Amir Vafaei, Esq. (SBN: 259406)
amir@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Melissa Maxwell | Case No: 09-cv-00692-AWI-DLB |
|---|---|
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| The Best Service Company | **JUDGE:  HON. ANTHONY W. ISHII** |
| Defendant. | |

Plaintiff MELISSA MAXWELL (hereinafter "Plaintiff") and Defendant, The Best Service Company, (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above-captioned action with prejudice, and in support of this Motion hereby say:

1. The Parties have reached a settlement of this action.
2. The Parties to the litigation have entered into this Joint Motion.
3. The Parties, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

4. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendant.  Under said settlement agreement Plaintiff and Defendant mutually release each other from all claims.

5. The Parties, by and through their respective counsel, each represent to the Court that all actions required under the settlement agreement have now been fully performed.  The parties thus agree that this Court can proceed to dismiss this entire action, with prejudice, and with each party to bear its respective fees, costs, and expenses.

**Respectfully submitted,**

**Hyde & Swigart**

Date: August 26, 2009         By:/s/Amir Vafaei
                              Amir Vafaei
                              Attorneys for the Plaintiff

**Hefner Stark & Marois LLP**

Date: August 26, 2009         By:/s/Ronald H. Sargis
                              Ronald H. Sargis
                              Attorneys for the Defendant